# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **Cilici LLC** | **Case No. 6:19-cv-00668** |
| **Versus** | **Judge Michael J Juneau** |
| **Vision Acquisitions LLC** | **Magistrate Judge Carol B Whitehurst** |

## JUDGMENT

This matter came before the Court on April 20, 2020 for oral argument on Plaintiff's objection to the magistrate judge's report and recommendation, Rec. Doc. [15], regarding Defendant's motion to dismiss, Rec. Doc. [9]. Wesley Plaisance on behalf of Defendant was the only counsel present.

For the reasons orally assigned and stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by Defendant, Vision Acquisitions, LLC, [Rec. Doc. 9], be **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** for lack of standing.

**THUS DONE AND SIGNED** this 20th day of April, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE